**DAVID M. REAVES**
Chapter 7 Panel Trustee
Post Office Box 44320
Phoenix, Arizona 85064
(602) 241-0101 Telephone

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

In Re: ) Case No. 2:09-bk-20644-CGC
)
RUIZ, MONICA P. ) Chapter 7
RUIZ, NOE A., )
) **APPLICATION FOR ORDER FOR**
Debtors. ) **PAYMENT OF UNCLAIMED**
) **FUNDS TO U.S. BANKRUPTCY**
) **COURT**
)
)
_____ )

David M Reaves, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| Check No. | Date Issued | Creditor's Name and Address | Amount |
|---|---|---|---|
| 3008 | 1/26/11 | Verizon Wireless<br>PO Box 3397<br>Bloomington, IL 61702-3397 | $19.03 |

Dated this 28th day of April, 2011.

/s/ David M. Reaves
David M. Reaves, Chapter 7 Trustee

1